ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| AFSAR BACHA, | CASE NO. 2:06-CV-00847-KJM |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's time in which to respond to Defendant's Answer is hereby continued to November 16, 2006.

DATED: October 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE