1 | McGREGOR W. SCOTT
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
AMITA BAMAN TRACY
4 | Special Assistant United States Attorney

5 |    333 Market Street, Suite 1500
San Francisco, California 94105
6 |    Telephone: (415) 977-8943
Facsimile: (415) 744-0134
7 |    E-Mail: Amita.Tracy@ssa.gov

8 | Attorneys for Defendant

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | **SACRAMENTO DIVISION**

12 |

13 | AFSAR BACHA,                               )        CIVIL NO. 2:06-CV-00847-KJM
                                               )
14 |        Plaintiff,                         )
                                               )
15 |        v.                                 )        STIPULATION AND ORDER
                                               )
16 | LINDA S. McMAHON[1],                      )
Acting Commissioner of                         )
17 | Social Security,                          )
                                               )
18 |        Defendant.                         )
_____)

19 |

20 |         The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 | attached Order, that Defendant shall have a **SECOND** extension of time of 30 days to respond to

22 | Plaintiff's motion for summary judgment, due to the unanticipated absence of counsel from the office

23 | due to medical reasons. The current due date is **February 7, 2007.** The new due date will be **March 9,**

24 | **2007.**

25 |

26 | _____

27 |         [1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be
28 | substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further
action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social
Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 6, 2007

*/s/ Ann M. Cerney*
*(As authorized via facsimile)*
ANN M. CERNEY
Attorney for Plaintiff

Dated: February 6, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Amita Baman Tracy*
AMITA BAMAN TRACY
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  February 14, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time