UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| AFSAR BACHA, ) | |
| ) | |
| Plaintiff, ) | NO. 2:06-CV-847 KJM |
| ) | |
| ) | ORDER AWARDING EQUAL |
| v. ) | ACCESS TO JUSTICE ACT ATTORNEY |
| ) | FEES PURSUANT TO |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees,

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of fifty-two hundred dollars and zero cents ($5200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 8, 2008.

_____
U.S. MAGISTRATE JUDGE